**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 33 WAL 2024

        Respondent            :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

        v.                      :

                             :

                             :

JOHN E. HOFFMAN,            :

                             :

        Petitioner             :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.